# COURT MINUTES

Page 3

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 5th Floor      Date: 2/25/2022    Time: 10:00 a.m.

Defendant: (2) Daniel Solorio-Mesquela    #: 02795-506    Case #: 22-20050-CR-ALTONAGA-2
AUSA: Marc Chattah                         Attorney: Ana Davide (CJA) ✓
Violation: Consp. to PWID cocaine while on board a vessel subject to the jurisdiction U.S.
Proceeding: Arraignment                    CJA Appt:
Bond/PTD Held: ○ Yes  ✓ No                 Recommended Bond:
Bond Set at: $250,000 Corporate Surety Bond with Nebbia    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Brady Order not previously given.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Def arraigned

Brady given

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:21:59                           Time in Court: 4 mins