**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 22-20050-CR-ALTONAGA**

**UNITED STATES OF AMERICA**

  **Plaintiff,**

**vs.**

**BEKENVAWER AGUILAR-HURTADO,**

  **Defendant.**

_____/

## SENTENCING MEMORANDUM

COMES NOW, The defendant, **BEKENVAWER AGUILAR-HURTADO** through undersigned counsel and presents herewith, his Sentencing Memorandum in support of a motion for a downward variance to 84 months:

The Court should impose a sentence that is sufficient but not greater than necessary to achieve the sentencing objectives of Title 18, United States Code, Section 3553(a).

Based on 720 kilograms of cocaine, Mr. Aguilar-Hurtado's adjusted sentencing guidelines are a level 33 and a criminal history category of 1, with a guideline imprisonment range of 135 – 168 months.  PSI paragraph 56.

Since the guidelines are advisory, they are simply "one sentencing factor among many." *United States v. Reinhart*, 442 F.3d 857, 864 (5th Cir. 2006). The Court should look beyond the four corners of the offense conduct section of the presentence investigation report (PSI) to ensure that a proper and reasonable sentence is imposed. *Id.*  Accordingly, the Court has discretion to impose a sentence below the advisory

guideline range so long as the resulting sentence is reasonable. *Id.*

The Court must consider the sentences the other related co-defendants may receive, as well as similarly situated defendants in similar cases. In addition, the Court must consider Mr. Aguilar-Hurtado's individual history; Mr. Aguilar-Hurtado submits that sentences in the following cases with similarly situated defendants support a downward variance to 84 months:

1. *U.S. v. Francisco Jairo Ortiz Valencia*, 16-20562-CR-Scola (defendant identified as master in transport of 852 kilograms of cocaine sentenced to 60 months on 11/28/2016).

2. *U.S. v. Freddy Robinson Chinga Cevallos*, 16-20563-CR-Dimitrouleas (defendant identified as master in transport of 700 kilograms of cocaine sentenced to 84 months on 11/15/2016).

3. *U.S. v. Jose Maria Calderon Romero*, 16-60241-CR-Dimitrouleas (defendant identified as master in transport of 850 kilograms of cocaine sentenced to 81 months on 2/10/2017).

4. *U.S. v. Cesar Samuel Sosa Tulfino*, 17-10028-CR-Martinez (defendant identified as master in transport of 988 kilograms of cocaine sentenced to 108 months on 5/15/2018).

5. *U.S. v. Efrain Fernando Arboleda-Riascos*, 17-20184-CR-Ungaro (defendant identified as master in transport of 877 kilograms of cocaine sentenced to 80 months on 7/21/2017).

6. *U.S. v. Eduardo Alfredo Quinonez Micolta*, 17-20203-CR-Gayles (defendant identified as master in transport of 942 kilograms of cocaine sentenced to 72 months on 7/21/2017).

7. *U.S. v. Angel Domingo Orejuela Aguino*, 17-20252-CR-Cooke (defendant identified as master in transport of 740 kilograms of cocaine sentenced to 59 months on 9/22/2017).

8. *U.S. v. Nestor Ricardo Quinonez Anchundia*, 17-20254-CR-Martinez (defendant identified as master in transport of 691kilograms of cocaine sentenced to 102 months on 7/13/2017).

2

9. *U.S. v. Dionico Leandro Garcia Chere*, 17-20255-CR-Gayles (defendant identified as master in transport of 660 kilograms of cocaine sentenced to 84 months on 8/18/2017).

10. *U.S. v. Eddi Cecilio Arana-Mideros*, 17-20306-CR-King (defendant identified as master in transport of 1,095 kilograms of cocaine sentenced to 81 months on 2/12/2018).

11. *U.S. v. Lenin Dario Iler Reyes*, 17-20568-CR-Moreno (defendant identified as master in transport of 759 kilograms of cocaine sentenced to 74 months on 12/27/2017).

12. *U.S. v. Alexander Gonzalez Mosquera*, 17-20704-CR-Graham (defendant identified as master in transport of 425 kilograms of cocaine sentenced to 63 months on 2/13/2018).

13. *U.S. v. Eustasiguio Boya*, 17-20855-CR-Altonaga (defendant identified as master in transport of 1,044 kilograms of cocaine sentenced to 72 months on 4/2/2018).

14. *U.S. v. Jhon Eider Castro Rodriguez,* 17-20890-CR-Cooke (defendant identified as master in transport of 900 kilograms of cocaine sentenced to 84 months on 5/16/2018).

15. *U.S. v. Jhonny Patricio Caicedo-Ayovi*, 17-60050-CR-Scola (defendant identified as master in transport of 1,232 kilograms of cocaine sentenced to 40 months on 10/27/2017).

16. *U.S. v. Luis Alberto Cameras Deleon*, 18-10020-CR-Moore (defendant identified as master in transport of 943 kilograms of cocaine sentenced to CTS and 60 months on 1/3/2019).

17. *U.S. v. Fautino Cuero-Minota*, 18-20124-CR-Cooke (defendant identified as master in transport of 1,140 kilograms of cocaine sentenced to 72 months on 7/11/2018).

18. *U.S. v. Ronny Joel Chavez-Ontaneda*, 18-20268-CR-Williams (defendant identified as master in transport of 1,731 kilograms of cocaine sentenced to 72 months on 8/23/2018).

19. *U.S. v. Wilmer Sabastian Tigrero Gonzalez*, 18-20756-CR-Moreno (defendant identified as master in transport of 673 kilograms of cocaine sentenced to 108 months on 1/11/2019).

20. *U.S. v. Jose Vicente Satizabal Madrid,* 19-20153-CR-Williams (defendant identified as master in transport of 2,742 kilograms of cocaine sentenced to 96 months on 8/29/2019).

21. *U.S. v. Jorge Eliecer Rios Martinez,* 19-20413-CR-Scola (defendant identified as master in transport of 840 kilograms of cocaine sentenced to 72 months on 1/22/2021).

22. *U.S. v. Michal Maciej Chmiel,* 19-20452-CR-Singhal (defendant identified as master in transport of 600 kilograms of cocaine sentenced to 78 months on 12/15/2021).

23. *U.S. v. Jaime Escobar Meza,* 19-20845-CR-Moreno (defendant identified as master in transport of 1,420 kilograms of cocaine sentenced to 108 months on 6/23/2020).

24. *U.S. v. Milton Remerto Quinones Riascos,* 16-20063-CR-King (defendant not identified as master in transport of 580 kilograms of cocaine sentenced to 100 months on 11/17/16).

25. *U.S. v. Jhon Alex Zambrano Caicedo,* 16-20146-CR-Lenard (defendant was not identified as master in transport of 450 kilograms of cocaine sentenced to 60 months on 8/17/16).

26. *U.S. v. Juan Mostuera,* 16-20501-CR-Middlebrooks (defendant not identified as master in transport of 1,720 kilograms of cocaine sentenced to 96 months).

27. *U.S. v. Edwin Payan Pena,* 16-20566-CR-Gayles (defendant not identified as master in transport of 300 kilograms of cocaine sentenced to 84 months on 11/30/16.

28. *U.S. v. Ignacio Rafael Murillo Reyes,* 16-20591-CR-Zloch (defendant not identified as master in transport of 750 kilograms of cocaine sentenced to 111 months on 1/13/17).

29. *U.S. v. Balbino Valencia Paredes,* 16-20592-CR-Ungaro (defendant not identified as master in transport of 900 kilograms of cocaine sentenced to 80 month on 1/20/17).

30. *U.S. v. Jose Claudio Murillo Lucas,* 16-20619-CR-Ungaro (defendant not identified as master in transport of 736 kilograms of cocaine sentenced to 80 months on 1/9/17).

4

31. *U.S. v. Agustin Vicente Suarez Chompol*, 16-20632-CR-Cooke (defendant not identified as master in transport of 665 kilograms of cocaine sentenced to 60 months on 1/18/17).

32. *U.S. v. Braulio Hermongenes Pita Figueroa*, 16-20818-CR-Moreno (defendant not identified as master in transport of 411 kilograms of cocaine sentenced to 96 months on 12/13/17).

33. *U.S. v. Raul Bidal Guzman Castillo*, 17-20107-CR-Altonaga (defendant not identified as master in transport of 1,008 kilograms of cocaine sentenced to 80 months on 5/31/17).

34. *U.S. v. William Fernando Bonilla-Rodriguez,* 17-20128-CR-Williams (defendant not identified as master in transport of 780 kilograms of cocaine sentenced to 66 months on 8/7/17).

35. *U.S. v. Vidal Midero-Morales*, 17-20183-CR-Ungaro (defendant not identified as master in transport of 800 kilograms of cocaine sentenced to 80 months on 7/25/17).

36. *U.S. v. Jorge Enrique Valencia Quinones,* 17-20585-CR-Ungaro (defendant not identified as master in transport of 377 kilograms of cocaine sentenced to 85 months on 12/18/17).

37. *U.S. v. Alex Duvan Salazar Villareal*, 17-20604-CR-Altonaga (defendant not identified as master in transport of 450 kilograms of cocaine sentenced to 84 months on 1/17/20).

38. *U.S. v. Cesar Lorenzo Flores-Franco*, 17-20628-CR-Altonaga (defendant not identified as master in transport of 340 kilograms of cocaine sentenced to 80 months on 12/19/17).

39. *U.S v. Jose Maria Velez Monsalve*, 18-20817-CR-Williams (defendant not identified as master in transport of 746 kilograms of cocaine sentenced to 51 months on 7/21/21).

40. *U.S. v. Ramon Isauro Chavez*, 18-20913-CR-Cooke (defendant not identified as master in transport of 1300 kilograms of cocaine sentenced to 57 months on 4/15/19).

41. *U.S. v. Jamison Alex Camacho Miranda*, 19-20029-CR-Moreno (defendant not identified as master in transport of 1020 kilograms of cocaine sentenced to 84 months on 5/10/19).

42. *U.S. v. Yadir Caicedo Quinones*, 19-20030-CR-Williams (defendant not identified as master in transport of 769 kilograms of cocaine sentenced to 108 months on 10/24/19).

43. *U.S. v. Segundo Pastor Lopez Villarreal*, 20-20101-CR-Scola (defendant not identified as master in transport of 1018 kilograms of cocaine sentenced to 60 months on 10/4/21).

44. *U.S. v. Francisco Javier Lafaux-Rivera*, 20-20157-CR-Bloom (defendant not identified as master in transport of 897 kilograms of cocaine sentenced to 84 months on 7/29/21).

45. *United States v. Jimmy Geovanny Sanchez Loor*, 20-20168-CR-Altonaga (defendant not identified as master in transport of 632 kilograms of cocaine sentenced to 84 months on 1/27/21).

46. *United States v. Luis Tejada*, 21-20047-CR-Altonaga (defendant not enhanced as master in transport of 325 kilograms of cocaine sentenced to 70 months on 7/1/21).

47. *United States v. Yohanny Esquevel,* 21-20147-CR-Middlebrooks (defendant not identified as master in transport of greater than 150 kilograms of cocaine but less than 450 kilograms sentenced to 63 months on 11/16/21).

48. *United States v. Luis Alfredo Garcia-Vega*, 21-20360-Altonaga (defendant not identified as master in transport of 432 kilograms of cocaine sentenced to 72 months on 11/2/21).

49. *United States v. Jhason Estupinan-Gutierrez,* 21-20379-CR-Bloom (defendant not enhanced as master in transport of 870 kilograms of cocaine sentenced to 75 months on 12/16/21).

50. *United States v. Jhonathan Alfonso*, 21-20306-CR-Altonaga (defendant not identified as master in transport of 289 kilograms of cocaine sentenced to 75 months on 2/11/22).

51. *United States v. Belarminio Lopez-Padilla*, 21-20426-CR-Altman (defendant not identified as master in transport of 488 kilograms of cocaine sentenced to 102 months on 1/4/22).

As stated above, Mr. Aguilar-Hurtado's individual history and characteristics also support this motion for downward variance.  Mr. Aguilar-Hurtado is 48 years old and a lifelong resident of Colombia where his mother raised him in poverty[1] after his father passed away.  PSI paragraph 34.   He has a 20 year old son, Dylan Javier Aguilar and a 20 year old step-son, Pierre Luigi Euaguatoto, with his common-law wife, Jenny Patricia Banguera. PSI paragraph 37. Before his arrest, the family resided together in Buenaventura, Colombia in an apartment that they rent for approximately $145.68 per month. PSI paragraph 38.

From 1992 until the time of his arrest in this case, Mr. Aguilar-Hurtado worked for various tourism companies in Buenaventura, Colombia as a boat driver/transporter where he earned approximately $262.32 per month. PSI paragraph 49.  He reportedly has no bank accounts, cash, real estate or any other assets in Colombia.  PSI paragraph 51.

The defense submits that Mr. Aguilar-Hurtado's poverty, like those of all of the defendants in similar cases detailed above, left him vulnerable to being exploited by a Drug Trafficking Organization (DTO).  Certainly, the high level of exploitation by the DTO is something that the defense urges the Court to weigh heavily in deciding an appropriate sentence.  These DTOs make millions of dollars in illicit profits and rely on exploiting highly impoverished desperate men to get their product to market.

---

[1] Living in poverty often means having limited access to health care, food, housing security, greater risk of school drop-out for children, homeless, unemployment due to lack of education or child care and, unfortunately, not reaching one's full potential. https/www.all4kikds.org (last visited August 2, 2022).

WHEREFORE, based on the above-stated reasons, the defense urges the Court to grant this Motion for a Downward Variance to 84 months in this case.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:    s/*Daniel L. Ecarius*
       Daniel L. Ecarius
       Assistant Federal Public Defender
       Florida Bar No. 719765
       150 W. Flagler Street, Suite 1700
       Miami, FL 33l30
       Telephone: (305) 530-7000
       E-mail: daniel_ecarius@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/*s*/*Daniel L. Ecarius*
Daniel L. Ecarius